```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
JOSEPH VOLFMAN,                                        :
                                                       :
                              Plaintiff,               :
                                                       :            22-CV-10742 (VSB)
            -against-                                  :
                                                       :                 ORDER
MARRON PASTRY INC. d/b/a MARRON                        :
PASTRY and 270 BLEECKER STREET LLC,                    :
                                                       :
                              Defendants.              :
                                                       :
-------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Plaintiff filed this action on December 20, 2022, (Doc. 1), and filed affidavits of service on January 18, 2023, (Docs. 7,8). The deadline for Defendants to respond to Plaintiff's complaint was February 1, 2023. (*See* Docs. 7,8.) To date, Defendants have not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than February 15, 2023. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    February 2, 2023
             New York, New York

                                                                             _____
                                                                          VERNON S. BRODERICK
                                                                          United States District Judge