

**NACMIAS
LAW FIRM
PLLC**

940 ATLANTIC AVE. 1ST FLOOR
BROOKLYN, NY 11238
PHONE: 347-392-6356
FAX: 347-402-7569
MICHAEL@NACMIASLAW.COM

Hon. Vernon S. Broderick
United Stated District Judge
Southern District of New York
40 Foley Square, Room 415
New York, NY 10007
(212) 805-6165

**APPLICATION GRANTED
SO ORDERED**
**VERNON S. BRODERICK
U.S.D.J.** 6/29/23

The hearing scheduled for July 5, 2023 is
hereby adjourned to July 19, 2023 at 2:00 PM.

Re:   *MARRON PASTRY INC. d/b/a MARRON PASTRY and*
      *270 BLEECKER STREET LLC*
      **DOCKET NO. 1:22-cv-10742-VSB**

Dear Judge Broderick,

The undersigned represents Joseph Volfman, the plaintiff in the above-referenced matter. I write in response to Your Honor's Order dated May 18, 2023, ECF [26]. Plaintiff requests an adjournment for the Order to Show Cause for Default Judgment Hearing currently scheduled for July 5, 2023, at 2:00PM. This is plaintiff's first request for an adjournment.

I will be traveling out of the country and unable to attend the above referenced hearing. I will be available starting July 19, 2023. The undersigned therefore respectfully requests that Your Honor adjourn the hearing to July 19, 2023 or a later date that is suitable for the Court.

Thank you for your time and consideration on this matter.

Respectfully,

/s/ Andre Autz, Esq.

Andre Autz, Esq.
Nacmias Law Firm, PLLC
940 Atlantic Avenue, 1st Floor
Brooklyn, NY 11238
andreautzesq@gmail.com
917-602-6057